## SETTLEMENT AGREEMENT

This Settlement Agreement (Agreement) is entered into among the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General (OIG-HHS) of the Department of Health and Human Services (HHS) (collectively the United States); and Detroit Medical Center and Vanguard Health Systems, Inc. (hereafter collectively referred to as "the Parties"), through their authorized representatives.

## RECITALS

A.    Detroit Medical Center is a non-profit company that owns and operates eight hospitals and fifty outpatient facilities in Detroit.  It is Detroit's largest provider of hospital services to indigent patients, and its largest employer.

B.    Vanguard Health Systems, Inc. (Vanguard) is a company headquartered in Nashville, Tennessee that owns and operates healthcare facilities in five states.  Vanguard has entered into an agreement to purchase Detroit Medical Center's facilities.  Once the purchase is complete, Vanguard will assume Detroit Medical Center's provider numbers and legal responsibility for its liabilities.

C.    Between October 29, 2010 and December 8, 2010, Detroit Medical Center disclosed to the United States certain conduct that may have been unlawful.  Specifically, Detroit Medical Center disclosed the following conduct (the Covered Conduct):

(1)    Detroit Medical Center rented office space to a number of physicians without written and executed leases in effect for the entire term.  The physicians at issue, and the time periods during which the physicians operated without written and executed leases, are listed in Attachment 1.

(2)    Detroit Medical Center had compensation or other financial arrangements

with a number of physicians who provided services to Detroit Medical Center where the parties' arrangement was not memorialized in a written and executed contract for the full period of the arrangement. The physicians at issue, and the relevant time periods, are listed in Attachment 2.

(3)     Detroit Medical Center had compensation, lease, or other financial arrangements with a number of physicians who provided services to Detroit Medical Center where the financial relationship may not have been consistent with fair market value and/or may have been commercially unreasonable. The physicians at issue, and the relevant time periods, are listed in Attachment 3.

(4)     Between 2004 and 2010, Detroit Medical Center provided "business courtesies," including tickets to sporting events, education events, charitable dinner events, and other meal and entertainment courtesies, to a number of physicians that were worth less than $2,000 per year but may have exceeded permissible limits.

(5)     Detroit Medical Center provided signage and/or may have provided advertising and biographical materials for a number of physicians, on terms that may not have been commercially reasonable, fair market value terms. The physicians at issue, and the relevant time periods, are listed in Attachment 4.

(6)     From January 1, 2007 through September 29, 2010, Detroit Medical

Center submitted claims to Medicare and Medicaid using CPT codes

99201, 99203-5, 99211-15, 99220, 99223, 99231-33, 99239, 99243-44,

and 99254 for certain physician evaluation and management services

furnished by Detroit Medical Center's employed physicians to Medicare,

Medicaid, and Child Health Insurance Program beneficiaries, when

available documentation did not support the level of service billed.

D.     The United States contends that it has certain civil and administrative claims, as

specified in paragraphs 2 and 3, below, against Detroit Medical Center arising out of the Covered

Conduct.

E.     This Agreement is neither an admission of any wrongdoing or liability by Detroit

Medical Center nor a concession by the United States that its claims are not well founded.

F.     To avoid the delay, uncertainty, inconvenience, and expense of protracted

litigation of the above claims, and in consideration of the mutual promises and obligations of this

Settlement Agreement, Detroit Medical Center and Vanguard (collectively DMC) and the United

States agree and covenant as follows:

<u>TERMS AND CONDITIONS</u>

1.     DMC shall pay to the United States $30 million (the Settlement Amount) by

electronic funds transfer pursuant to written instructions to be provided by the United States

Attorney's Office for the Eastern District of Michigan no later than five days after the Effective

Date of this Agreement.

2.     Subject to the exceptions in Paragraph 4 (concerning excluded claims) below, and

conditioned upon DMC's's full payment of the Settlement Amount, the United States releases

- 3 -

DMC, together with its subsidiaries and affiliates, from any civil or administrative monetary claim the United States has for the Covered Conduct under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Civil Monetary Penalties Law, 42 U.S.C. § 1320a-7a; the Program Fraud Civil Remedies Act, 31 U.S.C. §§ 3801-3812; the civil money penalty provisions of the Physician Self-Referral Law, 42 U.S.C. §§ 1395nn(g)(3) and (4); or the common law theories of payment by mistake, unjust enrichment, restitution, and fraud.

3.      In consideration of the obligations of DMC in this Agreement, conditioned upon DMC's full payment of the Settlement Amount, the OIG-HHS agrees to release and refrain from instituting, directing, or maintaining any administrative action against DMC seeking exclusion from Medicare, Medicaid, and other Federal health care programs (as defined in 42 U.S.C. § 1320a-7b(f)) under 42 U.S.C. § 1320a-7a (Civil Monetary Penalties Law) or 42 U.S.C. § 1320a-7(b)(7) (permissive exclusion for fraud, kickbacks, and other prohibited activities) for the Covered Conduct, except as reserved in Paragraph 4 (concerning excluded claims), below, and as reserved in this Paragraph. The OIG-HHS expressly reserves all rights to comply with any statutory obligations to exclude DMC from Medicare, Medicaid, and other Federal health care programs under 42 U.S.C. § 1320a-7(a) (mandatory exclusion) based upon the Covered Conduct. Nothing in this Paragraph precludes the OIG-HHS from taking action against entities or persons, or for conduct and practices, for which claims have been reserved in Paragraph 4, below.

4.      Notwithstanding the releases given in paragraphs 2 and 3 of this Agreement, or any other term of this Agreement, the following claims of the United States are specifically reserved and are not released:

a.      Any liability arising under Title 26, U.S. Code (Internal Revenue Code);

b.      Any criminal liability;

c.      Except as explicitly stated in this Agreement, any administrative liability, including mandatory exclusion from Federal health care programs;

d.      Any liability to the United States (or its agencies) for any conduct other than the Covered Conduct;

e.      Any liability based upon obligations created by this Agreement;

f.      Any liability for express or implied warranty claims or other claims for defective or deficient products or services, including quality of goods and services;

g.      Any liability for failure to deliver goods or services due;

h.      Any liability for personal injury or property damage or for other consequential damages arising from the Covered Conduct; or

i.      Any liability of individuals.

5.      Detroit Medical Center has provided sworn financial disclosure statements (Financial Statements) to the United States and the United States has relied on the accuracy and completeness of those Financial Statements in reaching this Agreement. DMC warrants that the Financial Statements are complete, accurate, and current. If the United States learns of asset(s) in which Detroit Medical Center had an interest at the time of this Agreement that were not disclosed in the Financial Statements, or if the United States learns of any misrepresentation by Detroit Medical Center on, or in connection with, the Financial Statements, and if such nondisclosure or misrepresentation changes the estimated net worth set forth in the Financial Statements by $3 million or more, the United States may at its option: (a) rescind this Agreement and file suit based on the Covered Conduct, or (b) let the Agreement stand and collect the full Settlement

Amount plus one hundred percent (100%) of the value of the net worth of Detroit Medical Center previously undisclosed.  DMC agrees not to contest any collection action undertaken by the United States pursuant to this provision, and immediately to pay the United States all reasonable costs incurred in such an action, including attorney's fees and expenses.

6.      In the event that the United States, pursuant to Paragraph 5, above, opts to rescind this Agreement, DMC agrees not to plead, argue, or otherwise raise any defenses under the theories of statute of limitations, laches, estoppel, or similar theories, to any civil or administrative claims that (a) are filed by the United States within 60 calendar days of written notification to DMC that this Agreement has been rescinded, and (b) relate to the Covered Conduct, except to the extent these defenses were available on November 1, 2010.

7.      DMC waives and shall not assert any defenses DMC may have to any criminal prosecution or administrative action relating to the Covered Conduct that may be based in whole or in part on a contention that, under the Double Jeopardy Clause in the Fifth Amendment of the Constitution, or under the Excessive Fines Clause in the Eighth Amendment of the Constitution, this Agreement bars a remedy sought in such criminal prosecution or administrative action. Nothing in this paragraph or any other provision of this Agreement constitutes an agreement by the United States concerning the characterization of the Settlement Amount for purposes of the Internal Revenue laws, Title 26 of the United States Code.

8.      DMC fully and finally releases the United States, and its agencies, employees, servants, and agents from any claims (including attorney's fees, costs, and expenses of every kind and however denominated) that DMC has asserted, could have asserted, or may assert in the future against the United States, and its agencies, employees, servants, and agents, related to the

Covered Conduct and the United States' investigation and prosecution thereof.

9.     The Settlement Amount shall not be decreased as a result of the denial of claims for payment now being withheld from payment by any Medicare carrier or intermediary or any state payer, related to the Covered Conduct; and DMC agrees not to resubmit to any Medicare carrier or intermediary or any state payer any previously denied claims related to the Covered Conduct, and agrees not to appeal any such denials of claims.

10.   a.     Unallowable Costs Defined: All costs (as defined in the Federal Acquisition Regulation, 48 C.F.R. § 31.205-47; and in Titles XVIII and XIX of the Social Security Act, 42 U.S.C. §§ 1395-1395kkk-1 and 1396-1396w-5; and the regulations and official program directives promulgated thereunder) incurred by or on behalf of DMC, its present or former officers, directors, employees, shareholders, and agents in connection with:

    (1)     the matters covered by this Agreement;

    (2)     the United States' audit and civil investigation of the matters covered by this Agreement;

    (3)     DMC's investigation, defense, and corrective actions undertaken in response to the United States' audit and civil investigation in connection with the matters covered by this Agreement (including attorney's fees);

    (4)     the negotiation and performance of this Agreement; and

    (5)     the payment DMC makes to the United States pursuant to this Agreement.

    b.     Future Treatment of Unallowable Costs:  Unallowable Costs shall be

- 7 -

separately determined and accounted for in nonreimbursable cost centers by DMC, and DMC

shall not charge such Unallowable Costs directly or indirectly to any contracts with the United

States or any State Medicaid program, or seek payment for such Unallowable Costs through any

cost report, cost statement, information statement, or payment request submitted by DMC or any

of its subsidiaries or affiliates to the Medicare, Medicaid, TRICARE, or FEHBP Programs.

        c.      Treatment of Unallowable Costs Previously Submitted for Payment: DMC

further agrees that within 90 days of the Effective Date of this Agreement it shall identify to

applicable Medicare and TRICARE fiscal intermediaries, carriers, and/or contractors, and

Medicaid and FEHBP fiscal agents, any Unallowable Costs (as defined in this Paragraph)

included in payments previously sought from the United States, or any State Medicaid program,

including, but not limited to, payments sought in any cost reports, cost statements, information

reports, or payment requests already submitted by DMC or any of its subsidiaries or affiliates, and

shall request, and agree, that such cost reports, cost statements, information reports, or payment

requests, even if already settled, be adjusted to account for the effect of the inclusion of the

unallowable costs.  DMC agrees that the United States, at a minimum, shall be entitled to recoup

from DMC any overpayment plus applicable interest and penalties as a result of the inclusion of

such Unallowable Costs on previously-submitted cost reports, information reports, cost

statements, or requests for payment.

      Any payments due after the adjustments have been made shall be paid to the United States

pursuant to the direction of the Department of Justice and/or the affected agencies.  The United

States reserves its rights to disagree with any calculations submitted by DMC or any of its

subsidiaries or affiliates on the effect of inclusion of Unallowable Costs (as defined in this

Paragraph) on DMC or any of its subsidiaries or affiliates' cost reports, cost statements, or information reports.

      d.     Nothing in this Agreement shall constitute a waiver of the rights of the United States to audit, examine, or re-examine DMC's books and records to determine that no Unallowable Costs have been claimed in accordance with the provisions of this Paragraph.

     11.     DMC agrees to cooperate fully and truthfully with the United States' investigation of individuals and entities not released in this Agreement with respect to the Covered Conduct. Upon reasonable notice, DMC shall encourage, and agrees not to impair, the cooperation of its directors, officers, and employees, and shall use its best efforts to make available, and encourage, the cooperation of former directors, officers, and employees for interviews and testimony with respect to the Covered Conduct, consistent with the rights and privileges of such individuals. DMC further agrees to furnish to the United States, upon request, complete and unredacted copies of all non-privileged documents, reports, memoranda of interviews, and records in its possession, custody, or control concerning any investigation of the Covered Conduct that it has undertaken, or that has been performed by another on its behalf.

     12.     This Agreement is intended to be for the benefit of the Parties only. The Parties do not release any claims against any other person or entity, except to the extent provided for in Paragraph 13, below.

     13.     DMC agrees that it waives and shall not seek payment for any of the health care billings covered by this Agreement from any health care beneficiaries or their parents, sponsors, legally responsible individuals, or third party payors based upon the claims defined as Covered Conduct.

14.     Each Party shall bear its own legal and other costs incurred in connection with this matter, including the preparation and performance of this Agreement.

15.     Each party and signatory to this Agreement represents that it freely and voluntarily enters in to this Agreement without any degree of duress or compulsion.

16.     This Agreement is governed by the laws of the United States.  The exclusive jurisdiction and venue for any dispute relating to this Agreement is the United States District Court for the Eastern District of Michigan.  For purposes of construing this Agreement, this Agreement shall be deemed to have been drafted by all Parties to this Agreement and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

17.     This Agreement, including the attachments hereto, constitutes the complete agreement between the Parties.  This Agreement may not be amended except by written consent of the Parties.

18.     The undersigned counsel represent and warrant that they are fully authorized to execute this Agreement on behalf of the persons and entities indicated below.

19.     This Agreement may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Agreement.

20.     This Agreement is binding on DMC's successors, transferees, and assigns.

21.     All parties consent to the United States' disclosure of this Agreement, and information about this Agreement, to the public.

22.     The Effective Date of this Agreement shall be December 31, 2010.  Facsimiles and pdf copies of signatures shall constitute acceptable, binding signatures for purposes of this Agreement.

THE UNITED STATES OF AMERICA

DATED: 12/23/10          BY: _____
                             **DAVID T. COHEN**
                             **Senior Trial Counsel**
                             **Commercial Litigation Branch**
                             **Civil Division**
                             **United States Department of Justice**


DATED: 12/30/10          BY: _____
                             **LESLIE WIZNER**
                             **Assistant United States Attorney**
                             **Eastern District of Michigan**



DATED:_____          BY: _____
                             **GREGORY E. DEMSKE**
                             **Assistant Inspector General for Legal Affairs**
                             **Office of Counsel to the**
                             **   Inspector General**
                             **Office of Inspector General**
                             **United States Department of**
                             **   Health and Human Services**


DETROIT MEDICAL CENTER


DATED:_____          BY: _____
                             **MICHAEL E. DUGGAN**
                             **Chief Executive Officer**
                             **Detroit Medical Center**

- 11 -

THE UNITED STATES OF AMERICA

DATED:_____         BY: _____
                            DAVID T. COHEN
                            Senior Trial Counsel
                            Commercial Litigation Branch
                            Civil Division
                            United States Department of Justice


DATED:_____         BY: _____
                            LESLIE WIZNER
                            Assistant United States Attorney
                            Eastern District of Michigan


DATED: 12/23/10         BY: _____
                            GREGORY E. DEMSKE
                            Assistant Inspector General for Legal Affairs
                            Office of Counsel to the
                               Inspector General
                            Office of Inspector General
                            United States Department of
                               Health and Human Services


DETROIT MEDICAL CENTER


DATED:_____         BY: _____
                            MICHAEL E. DUGGAN
                            Chief Executive Officer
                            Detroit Medical Center

THE UNITED STATES OF AMERICA

DATED:_____        BY: _____
                            **DAVID T. COHEN**
                            **Senior Trial Counsel**
                            **Commercial Litigation Branch**
                            **Civil Division**
                            **United States Department of Justice**


DATED:_____        BY: _____
                            **LESLIE WIZNER**
                            **Assistant United States Attorney**
                            **Eastern District of Michigan**


DATED:_____        BY: _____
                            **GREGORY E. DEMSKE**
                            **Assistant Inspector General for Legal Affairs**
                            **Office of Counsel to the**
                            **    Inspector General**
                            **Office of Inspector General**
                            **United States Department of**
                            **    Health and Human Services**


DETROIT MEDICAL CENTER

DATED: _12/29/10_      BY: _____
                            **MICHAEL E. DUGGAN**
                            **Chief Executive Officer**
                            **Detroit Medical Center**

DATED:_____     BY: _____

**FLOYD ALLEN, ESQ.**
**General Counsel**
**Detroit Medical Center**

VANGUARD HEALTH SYSTEMS INC.

DATED:_____     BY: _____

**JAMES H. SPALDING**
**Senior Vice President**
**Vanguard Health Systems, Inc.**

DATED:_____     BY: _____

**PAUL F. LAWRENCE**
**McDermott, Will & Emery**
**Counsel for Vanguard Health Systems**

- 12 -

DATED:_____        BY: _____

                                     **FLOYD ALLEN, ESQ.**
                                     **General Counsel**
                                     **Detroit Medical Center**

<u>VANGUARD HEALTH SYSTEMS INC.</u>

DATED:_____        BY: _____

                                     **JAMES H. SPALDING**
                                     **Senior Vice President**
                                     **Vanguard Health Systems, Inc.**

DATED:_12/29/10_        BY: _____

                                     **PAUL F. LAWRENCE**
                                     **McDermott, Will & Emery**
                                     **Counsel for Vanguard Health Systems**

DATED:_____          BY: _____
                            FLOYD ALLEN, ESQ.
                            General Counsel
                            Detroit Medical Center


VANGUARD HEALTH SYSTEMS INC.

DATED: 12/29/10          BY: *James H. Spalding*
                            JAMES H. SPALDING
                            Senior Vice President
                            Vanguard Health Systems, Inc.


DATED:_____          BY: _____
                            PAUL F. LAWRENCE
                            McDermott, Will & Emery
                            Counsel for Vanguard Health Systems

# RECITAL C(1) - LEASE ISSUES

| Number | Physician/Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 1 | Health Centers Detroit Medical Group PC<br>4201 St. Antoine, #7A<br>Detroit, MI 48201 | Herbert C. Smitherman, MD,<br>Roy Elrod, Lennox Pike,<br>Anthony Clarke | 10/1/08-10/15/10 |
| 2 | Patricia A. Lucas, D.D.S.<br>4160 John R, #824<br>Detroit, MI 48201 | Patricia A. Lucas, D.D.S. | 10/01/07-09/14/10 |
| 3 | Hospitalists of Michigan, Inc.<br>3990 John R, Ste 6927<br>Detroit, MI 48201 | Owned by IPC a publicly held<br>corporation | 10/01/09-09/08/10 |
| 4 | Chitranjan Lall<br>4160 John R, Ste. 507<br>Detroit, MI 48201 | Chitranjan Lall | 10/1/08-01/30/09 |
| 5 | Anjali Kumar, MD<br>4160 John R, #521<br>Detroit, MI 48201 | Anjali Kumar, MD | 02/01/05-08/09/10 |
| 6 | Singal & Singal, MD, PC<br>4160 John R., Ste.608<br>Detroit, MI 48201 | Sudarshan K. Singal,<br>Usha Singal | 10/01/08-06/17/10 |
| 7 | Detroit Medical Services, PLC<br>4160 John R, #730<br>Detroit, MI 48201 | Uma D. Gorrepati | 06/01/09-08/09/10 |
| 8 | Young Ho Sohn, MD. PLLC<br>4160 John R., #515<br>Detroit, MI 48201 | Young Ho Sohn, MD | 08/01/07-05/05/09 |
| 9 | Ramarao Kaza, M.D., P.C.<br>4160 John R., #809<br>Detroit, MI 48201 | Ramarao Kaza, M.D. | 10/01/07-08/09/10 |
| 10 | Lourdes V. Andaya, MD, PC<br>4160 John R, #819<br>Detroit, MI 48201 | Lourdes V. Andaya, MD | 07/01/08-05/05/09 |

**ATTACHMENT**

**1**

| Number | Physician Entity & Address | Physician | Period |
|--------|----------------------------|-----------|--------|
| 11 | Dennis C. Woods, M.D.<br>4727 St. Antoine Blvd., #207<br>Detroit, MI  48201 | Dennis C. Woods, M.D. | 01/01/08-08/31/10 |
| 12 | Ignatious J. Voudoukis, MD, PC<br>4727 St. Antoine, #402<br>Detroit, MI  48201 | Ignatious J. Voudoukis, MD | 02/01/08-06/03/10 |
| 13 | Arbor Foot Clinic, P.C.<br>4160 John R, #1012<br>Detroit, MI  48201 | Harry A. Kezelian, Kevin Till | 10/01/08-07/21/10 |
| 14 | Hemalata Reddy, MD<br>4727 St. Antoine, #202<br>Detroit, MI  48201 | Hemalata Reddy, MD | 02/01/09-09/04/09 |
| 15 | Universal Medical Physicians, PC<br>& Andrew Thomas, M.D., P.C.,<br>Jointly and Severally<br>4727 St. Antoine, #211<br>Detroit, MI  48201 | Linda Green, DO,<br>Andrew Thomas, M.D. | 08/01/09-08/11/10 |
| 16 | Adel A. El-Magrabi, M.D.<br>4160 John R, #802<br>Detroit, MI  48201 | Adel A. El-Magrabi, M.D. | 07/01/08-08/09/10 |
| 17 | Haapaniemi Lesser Associated, LLC,<br>6071 West Outer Drive<br>Detroit, MI  48235 | John Haapaniemi, DO,<br>Barry Lesser, MD | 10/01/08-04/07/09 |
| 18 | **Exhibit not used** | | |
| 19 | Thabet Abbarah, MD ENT PC<br>6001 West Outer Drive, #301<br>Detroit, MI 48235 | Thabet Abbarah, MD | 01/01/10-04/15/10 |
| 20 | Susan E. Harold, MD, PC<br>6001 West Outer Drive, #429<br>Detroit, MI 48235 | Susan E. Harold, MD | 01/01/09 – 09/07/10 |

**ATTACHMENT**

**1**

| Number | Physician Entity & Address | Physician | Period |
|--------|----------------------------|-----------|--------|
| 21 | Ashok Boinpolly, M.D., P.C.<br>6001 West Outer Drive, #440<br>Detroit, MI 48235 | Ashok Boinpolly, M.D. | 01/01/08-03/20/08 |
| 22 | Quality Medical Group, PC<br>27209 Lahser Road, #120<br>Southfield, MI | Muhammad Karim, MD | 10/01/08-04/07/10 |
| 23 | Chau Plastic Surgery, PC<br>27177 Lahser Rd., #200<br>Southfield, MI | Bruce Chau, DO | 05/01/09-10/28/10 |
| 24 | William Lucas<br>4160 John R, #824 B<br>Detroit, MI 48201 | William Lucas | 10/01/07-06/30/10 |
| 25 | Thomas Park, MD, PC<br>4160 John R, #916<br>Detroit, MI 48201 | Thomas Park, MD | 06/01/07-06/30/10 |
| 26 | Universal Pediatrics, PC<br>4727 St. Antoine #212<br>Detroit, MI  48201 | Helen Byrd | 10/1/08 - 3/8/10 |
| 27 | **Number not used** | | |
| 28 | **Number not used** | | |
| 29 | Hand Surgery Assoc.<br>4160 John R, #1026<br>Detroit, MI  48201 | Edward Burke | 10/1/08 - 12/31/08 |
| 30 | Eugene W. Laveroni, DO, PC<br>1 William Carls Drive<br>Commerce, MI  48382 | Eugene Laveroni | 5/1/07- 7/17/07 |
| 31 | Hassan Amirikia | Hassan Amirikia | 1/4/02 - 6/30/10 |

**ATTACHMENT**
**1**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 32 | Westside Enterprises, LLC<br>25614 Ford Road<br>Dearborn, MI  48127 | Naseeb Hamameh | 10/1/09 to 10/31/09 |
| 33 | Pramod Raval, MD, PC<br>4160 John R, #817<br>Detroit, MI  48201 | Pramod Raval | 7/1/09 to 9/30/09 |
| 34 | Joe G. Talbert, MD<br>4160 John R, #1011<br>Detroit, MI  48201 | Joe G. Talbert | 7/1/07-6/30/09 |
| 35 | Brent W. Gillum, DO, PC<br>4727 St. Antoine, #210<br>Detroit, MI  48201 | Brent Gillum | 10/1/09 -12/31/09 |
| 36 | Michigan Pediatric ENT Assoc., PLLC<br>1 William Carls Drive, Pod B<br>Commerce, MI  48382 | Michael Haupert | 10/1/08-11/13/08 |
| 36 | Michigan Pediatric ENT Assoc., PLLC<br>1 William Carls Drive, Pod B<br>Commerce, MI  48382 | Michael Haupert | 9/1/09-8/31/09 |
| 37 | Great Lakes Cardiovascular<br>1700 Biddle Ave., 2nd Floor<br>Wyandotte, MI  48192 | Ali Kafi | 10/1/08 - 5/31/09 |
| 38 | Michael L. Hicks, MD, PC<br>1 William Carls Drive<br>Commerce, MI  48382 | Michael Hicks | 3/16/06 - 05/31/08 |
| 39 | Zvi Levran, MD, PC<br>414 Union Street #201<br>Milford, MI  48381 | Zvi Levran | 10/24/06-5/3/07 |

**ATTACHMENT**

**1**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 40 | Zvi Levran, MD, PC<br>414 Union Street, #201<br>Milford, MI  48381 | Zvi Levran | 10/27/08-7/27/09 |
| 41 | Marvin Wells, DO, PC<br>414 Union Street, #201<br>Milford, MI  48381 | Marvin Wells | 8/4/07-12/10/09 |
| 42 | Harold M. Koehler, DPM, PC<br>22341 W. 8 Mile Road<br>Detroit, MI  48219 | Harold M. Koehler | 10/3/2004 to 10/31/07 |
| 43 | Maurice Frankel, MD<br>41935 W. 12 Mile Road, Suite 302<br>Novi, MI  48377 | Maurice Frankel | 4/1/06-3/20/07 |
| 44 | Foot and Ankle Specialty Clinic, PC<br>1700 Biddle<br>Wyandotte, MI  48192 | Bilal Ismail | 10/1/08-5/31/09 |
| 45 | Robert A. Teitge, MD, PC | Robert A. Teitge | 7/1/06 - 4/11/07 |
| 46 | Pulmonary and Critical Care Medicine Consultants, PC<br>1 William Carls Drive, Pod D<br>Commerce, MI  48382 | Scott Simeel, DO | 10/1/08-11/13/08 |
| 47 | Pulmonary and Critical Care Medicine Consultants, PC<br>1 William Carls Drive, Pod D<br>Commerce, MI  48382 | Scott Simeel, DO | 12/1/09-8/31/09 |
| 48 | Pulmonary and Critical Care Medicine Consultants, PC<br>1 William Carls Drive, Pod D<br>Commerce, MI  48382 | Jack Belen, MD | 10/1/08-8/31/09 |

**ATTACHMENT**
**1**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 49 | A.King Ang, MD, PC<br>1 William Carls Drive<br>Commerce, MI  48382 | A. King Ang, MD | 12/1/07 - 8/31/09 |
| 50 | Specialist in Orthopedic Surgery, PC<br>1 William Carls Drive<br>Commerce, MI  48382 | Roland Brandt,<br>Philip Schmitt,<br>E. Patrick Mitchell | 10/1/08 - 6/24/09 |
| 51 | Michigan Institute of Urology, PC<br>1 William Carls Drive<br>Commerce, MI  48382 | Alphonse Santino, MD | 10/1/08-8/31/09 |
| 52 | Cardiology and Vascular Associates, PC<br>1 William Carls Drive<br>Commerce, MI  48382 | James Aluia | 10/1/08-8/31/09 |
| 53 | **Exhibit not used** | | |
| 54 | Hills Howard, Jr, MD<br>6001 West Outer Drive, #137<br>Detroit, MI 48235 | Hills Howard, Jr, MD | 12/1/06 to 4/30/07 |
| 55 | Michigan Pediatric ENT Assoc., PLLC<br>27207 Lahser<br>Southfield, MI 48034 | Michael Haupert | 1/1/08 to 12/1/08 |
| 56 | Ayman Rayes, MD, PC<br>4160 John R, #516<br>Detroit, MI 48201 | Ayman Rayes, MD | 2/1/06 - 5/31/06 |
| 57 | **Exhibit not used** | | |
| 58 | **Exhibit not used** | | |
| 59 | Donald Austin, MD, PC<br>4160 John R, # 602<br>Detroit, MI  48201 | Donald Austin | 8/1/07 - 10/31/07 |

**ATTACHMENT**

**1**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 60 | Shyam Khanna, MD<br>4160 John R, #814<br>Detroit, MI 48201 | Shyam Khanna, MD | 1/1/02 - 7/12/02 |
| 60 | Shyam Khanna, MD<br>4160 John R, #814<br>Detroit, MI 48201 | Shyam Khanna, MD | 7/1/03 - 9/30/07 |
| 61 | Margaret L. Betts, MD, PC<br>6001 West Outer Drive, #114<br>Detroit, MI 48235 | Margaret L. Betts, MD | 7/1/02 - 12/31/02 |
| 61 | Margaret L. Betts, MD, PC<br>6001 West Outer Drive, #114<br>Detroit, MI 48235 | Margaret L. Betts, MD | 1/1/04 - 9/16/07 |
| 62 | Craig J. Gordon, DO, PC<br>1 William Carls Drive, 1st Floor<br>Commerce, MI 48382 | Craig J. Gordon, DO | 8/1/2006 to 12/31/06 |
| 63 | Robert O. Walker, DO<br>27209 Lahser Road<br>Southfield, MI | Robert O. Walker, DO | 1/9/03 - 11/30/06 |
| 64 | Haggerty Specialists, PLC | David I. Margolis,<br>Sarju S. Shah,<br>Roderick Walker,<br>Michael S. Schaeffer,<br>Ashok Jain | 8/1/09 - 9/3/09 |
| 65 | Dr. Dennis Treece | Grand River Health Center<br>19640 Grand River<br>Detroit, MI 48224 | 03/01/09 - 05/28/09 |

**ATTACHMENT**
**1**

## RECITAL C(2) - PHYSICIAN SERVICE AGREEMENTS

| Number | Physician Entity & Address | Physician | Period |
|---|---|---|---|
| 1 | JOSEPH C. FINCH, DO<br>21031 Michigan Avenue<br>Dearborn, MI 48124 | Joseph C. Finch, DO | 07/31/08 - 11/30/08 |
| 2 | S. PASTERNAK, INC.<br>34477 FONTANA DR<br>STERLING HEIGHTS, MI 48312 | Suzanne Pasternak, DDS | 07/01/09 - 09/29/09 |
| 3 | STEVEN WOLF, D.D.S., P.C.<br>25916 DEQUINDRE BLDG. B<br>WARREN, MI 48091 | Robert John, DDS | 07/01/09 - 09/29/09 |
| 4 | Anil Kumar, MD<br>1556 Bartley Lane<br>Bloomfield Hills, MI 48304 | Anil Kumar, MD | 01/01/08 - 09/10/08 |
| 5 | ORTHOPEDIC TRAUMA<br>SPECIALISTS, PLLC<br>22428 SHADOWGLEN<br>FARMINGTON HILLS,  MI 48335 | Robert P. Colen, DO | 04/01/09 - 06/02/09 |
| 6 | Benjamin Girdler, DO<br>1775 Gardner Avenue<br>Berkley, MI 48072 | Benjamin Girdler, DO | 01/01/08-04/18/08 |
| 7 | Michael MacDonald, MD ,<br>10153 Hart Avenue<br>Huntington Woods, Michigan 48070 | Michael MacDonald, MD | 07/01/07-04/15/08 |
| 8 | Brian Petersen, D.O.<br>32745 BEACON LANE<br>FRASER, MI 48026 | Brian Petersen, D.O. | 01/01/08-06/17/08 |
| 9 | James Glazier, MD<br>4160 John R, #525<br>Detroit, MI 48201 | James Glazier, MD | 06/01/07-07/20/08 |

**ATTACHMENT**

**2**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 10 | CENTER FOR EAR, NOSE AND THROAT, P.C. 3232 PINE LAKE RD WEST BLOOMFIELD, MI 48324 | Steven Kin, D.O. | 07/01/09-08/04/09 |
| 11 | DOWNRIVER ENT, PC 14575 SOUTHFIELD ROAD, ALLEN PARK, MI 48101 | Lascfelles Pinnock, MD | 08/28/09- 11/03/09 |
| 12 | STONEBROOKE FAMILY PHYSICIANS, PLLC 2940 CROOKS RD ROCHESTER HILLS, MI 48309 | Matthew Ewald, MD; Ronald Bellisario, M.D | 05/01/08 - 11/19/08 |
| 13 | Amy Cortis, MD 23261 Sherman Street Oak Park, MI 48237 | Amy Cortis, MD | 02/05/10-03/09/10 |
| 14 | JEFFREY PETERSON, DO 45646 Brandywynne Lane Macomb, MI 48044 | Jeffrey Peterson, D.O. | 04/01/09 - 06/17/09 |
| 15 | MICHIGAN PEDIATRIC ENT ASSOCIATES, PLLC 37555 GARFIELD RD SUITE 105 CLINTON TWP, MI 48036 | Walter M. Belenky, M.D.; Michael S. Haupert, D.O.; Janardhan R. Jagini, M.D.; David N. Madgy, D.O. | 01/01/08 - 12/17/08 |
| 16 | Usha Sethuraman, MD 260 Candace Court Troy, MI 48098 | Usha Sethuraman, MD | 09/30/09 - 02/21/10 |
| 17 | Russell Mayes, DO 23648 Beverly St. Clair Shores, MI 48082 | Russell Mayes, DO | 11/01/07-01/07/08 |
| 18 | Daniel Boxwell, DO, 954 Glenmoor Drive Oxford, MI 48371 | Daniel Boxwell, DO | 11/01/07-02/12/08 |
| 19 | Noah Stern, DO, 6648 Maple Lakes Drive West Bloomfield, MI 48322 | Noah Stern, DO | 11/01/07-02/18/08 |

ATTACHMENT
2

| Number | Physical Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 20 | Crystal Coleman, DO<br>2820 Lower Ridge Dr, #12<br>Rochester Hills, MI 48307 | Crystal Coleman, DO | 11/01/07-01/07/08 |
| 21 | HAMID SATTAR M.D. P.C.<br>5480 WESSEX CT<br>SUITE 209<br>DEARBORN, MI 48126 | Hamid Sattar, MD | 09/01/08 - 02/08/09 |
| 22 | MAHIR D. ELDER, M.D., P.C.<br>22725 ALEXANDRINE<br>DEARBORN, MI 48124 | Mahir Elder, MD | 07/01/08 - 11/18/09 |
| 23 | D.O. GARDI, M.D., P.C.<br>22914 BROOKFOREST<br>NOVI, MI 48375 | Delair Gardi, MD | 03/31/09 - 07/15/09 |
| 24 | CARDIOVASCULAR CLINICAL<br>ASSOCIATES, P.C.<br>28080 GRAND RIVER<br>SUITE 300W<br>FARMINGTON HILLS, MI 48336 | Mark Rasak, MD | 10/01/08 - 12/08/08 |
| 25 | SUSAN SEMAN, D.O.,PLLC<br>5650 STRAWBERRY CIRCLE<br>COMMERCE, MI 48382 | Susan Seman, DO | 08/01/08 - 10/30/08 |
| 26 | THE GRACE - UNIVERSITY MEDICAL<br>GROUP, P.C.<br>6071 W. OUTER DRIVE<br>DETROIT, MI 48235 | Wasif Hafeez, MD | 10/01/09 - 12/21/09 |
| 27 | Chandrakant C. Desai, M.D.<br>136 Dourdan<br>Bloomfield Hills, MI 48304 | Chandrakant C. Desai, M.D. | 07/01/10 - 08/18/10 |
| 28 | COMPREHENSIVE PSYCHIATRIC<br>AND MEDICAL SERVICES, PLC<br>43311 JOY RD<br>SUITE 177<br>CANTON, MI 48187 | Kamran Sheikh, MD; Samad<br>Munzer, MD; Tariq Omar, MD; Sai<br>Kanneganti, MD | 08/01/08 - 01/26/09 |

**ATTACHMENT 2**

| Number | Physician Entity & Address | Physician | Period |
|--------|--------------------------|-----------|--------|
| 29 | SINAI GRACE PRIMARY CARE PHYSICIANS PLLC 30200 TELEGRAPH RD SUITE 440 BINGHAM FARMS, MI 48025 | Izzat Carouba, MD Mudassir Daimee, MD Leonard Ellison, MD Carl Fowler, MD Samina Ghazi, MD Nazmul Haque, MD Murtaza Hussain, MD Kamal Ibrahim, MD Quadir Jaleel, MD Jabin Jalil, MD Ali Mahmood, MD Surinder Mendiratta, MD Maheshkumar Patel, MD Wasim Qazi, MD Shabana Resheed, MD Oronde White, MD | 10/01/09 – 11/03/09 |
| 30 | Jennifer Holt, MD 1686 Brandywine Bloomfield Township, MI 48304 | Jennifer Holt, MD | 04/01/08 – 07/31/08 |
| 31 | CHAU PLASTIC SURGERY, P.C. 27177 LAHSER SUITE 200 SOUTHFIELD, MI 48034 | Bruce Chau, DO | 04/01/08 – 05/26/08 |
| 32 | JOHN R WHITTAKER MD, PLLC 21700 NORTHWESTERN HWY SUITE 1290 SOUTHFIELD, MI 48075 | John R. Whittaker, MD | 08/01/08 – 12/18/08 |
| 33 | REHABILITATION PHYSICIANS, P.C. 14581 SHERWOOD CT OAK PARK, MI 48237 | Maury Ellenberg, MD | 07/01/08 – 10/19/08 |
| 34 | JOHN R WHITTAKER MD, PLLC 21700 NORTHWESTERN HWY SUITE 1290 SOUTHFIELD, MI 48075 | John R. Whittaker, MD | 08/01/08 – 12/18/08 |
| 35 | VIJAY KUDESIA, PLLC 5728 BLOOMFIELD GLENS RD WEST BLOOMFIELD,  MI 48322 | Vijay Kudesia, MD | 10/25/07-07/13/08 |
| 36 | SYED A MAHMOOD, M.D., P.C. 6740 MAPLECREEK BLVD WEST BLOOMFIELD, MI 48322 | Syed Mahmood, MD | 10/25/07-02/03/08 |

**ATTACHMENT 2**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 37 | Steve R. Geiringer, MD<br>36301 Warren Road<br>Westland, MI 48185 | Steve R. Geiringer, MD | 03/01/10 - 04/14/10 |
| 38 | ROBERT R. JOHNSON, II, M.D., PLC<br>21559 PURLINGBROOK RD<br>NOVI, MI 48375 | Robert R. Johnson, II, MD | 01/01/09 - 11/29/09 |
| 39 | THOMAS B. HENRY, MD, PLC<br>COMMERCE PSYCHIATRIC<br>SERVICES<br>55 N POND DR, STE 6<br>WALLED LAKE, MI 48390 | Thomas Basil Henry, MD | 12/01/07 - 01/22/09 |
| 40 | CARDIOLOGY AND VASCULAR<br>ASSOCIATES, P.C.<br>645 BARCLAY CIRCLE<br>ROCHESTER HILLS, MI 48307 | Hanna Al-Makhamreh, MD Nishit Choksi, M.D. Michele DeGregorio, M.D. Abdul Halabi, MD Kirit Patel, M.D. | 02/01/08 - 11/02/08 |
| 41 | ACADEMIC INTERNAL MEDICINE<br>SPECIALISTS, P.L.L.C.<br>28411 NORTHWESTERN HWY 48034<br>STE 1050<br>SOUTHFIELD, MI 48034 | • Hasan Al-Janabi, M. D. • Manish Keslikar, M.D. • Joseph Singerman, D.O. • Rashad Khazi Syed, M.D. • Sabeeh Siddiqui, M.D. • Preeti Misra, M.D. • Geeta Khanchandani, M.D. • Ratna Pasulapati, M.D. • Malini Venkatram, M.D. • Sangita Pradhan, M.D. • Mahendra Reddy, M.D. • Ashok Kondur, M.D. • Ziad Zaky, M.D. | 07/01/09 - 11/04/09 |
| 42 | J.E. BELEN MEDICAL<br>CONSULTANTS, P.L.L.C.<br>3400 SUTTON LANE<br>COMMERCE TWP, MI 48390 | Jack Belen, DO | 01/01/08-04/03/08 |
| 43 | ACADEMIC INTERNAL MEDICINE<br>SPECIALISTS, P.L.L.C.<br>28411 NORTHWESTERN HWY 48034<br>STE 1050<br>SOUTHFIELD, MI 48034 | Manish Keslikeer, MD, Joseph Singerman, MD, Rashad Khazi-Syed, MD | 05/01/08-12/03/08 |

**ATTACHMENT
2**

| Number | Physician Entity & Address | Physician | Period |
|--------|---------------------------|-----------|--------|
| 44 | PODIATRIC TRAINING ASSOCIATES OF MICHIGAN, PLLC 29433 RYAN ROAD WARREN, MI 48092 | Charles G. Kissel, D.P.M. Michael Schey, D.P.M. Zeeshan Husain, D.P.M. Ronald Adelman, D.P.M. Harry Kezelian, D.P.M. Donald Adler, D.P.M. Kevin Till, D.P.M. Timothy Baessler, D.P.M. | 01/01/09 - 05/12/09 |
| 45 | Kamil Orthropedic Group, PC 6621 W. MAPLE RD. WEST BLOOMFIELD   MI 48322 | Mark Kamil, MD | 08/23/10-10/31/10 |
| 46 | Dr. L. Reynolds Associates, PC | Daniel Walz, MD | 7/1/2009-11/17/10 |
| 47 | Pediatric Anesthesia Associates, PC 3901 BEAUBIEN DETROIT, Michigan  48201 | Clarina Perez-Pascual, MD | 02/01/10-11/17/10 |
| 48 | Someswara Navuluri, DO 3721 Durham Court, Bloomfield Hills, MI 48302-1224 | Someswara Navuluri, DO | 01/01/08-10/20/08 |
| 49 | REHABILITATION MEDICAL SPECIALISTS PLLC  24901 NORTHWESTERN HIGHWAY SUITE 205 SOUTHFIELD, Michigan  48075 | Antoine Geffrard, MD | 05/01/07-06/13/07 |
| 50 | IMID CONSULTANTS, P.C. | James Gordon, MD | 08/01/07 - 09/23/07 |

**ATTACHMENT 2**

# RECITAL C(3) - ARRANGEMENTS WITH PHYSICIANS

| Number | Physician | Period |
|--------|-----------|--------|
| 1 | Dr. Ali Kafi | 04/01/2006 – 06/30/2009 |
| 2 | Dr. Luis Bustos | 05/30/2010 – 11/17/2010 |
| 3 | Dr. Robert Dock | 04/01/2006 – 11/17/2010 |
| 4 | Dr. Roger Kushner | 04/01/2006 – 11/17/2010 |
| 5 | Dr. Alex Pickens | 05/01/2008 – 11/17/2010 |
| 6 | Dr. John Sealey | 01/01/2007 – 11/17/2010 |
| 7 | Dr. John Whittaker | 10/01/2007 – 11/17/2010 |
| 8 | Dr. Anthony Williams | 07/01/2008 – 11/17/2010 |
| 9 | Dr. Daniel Hoard | 06/30/2006 – 11/17/2010 |
| 10 | Dr. Robert Colon | 06/30/2006 – 11/17/2010 |
| 11 | Dr. Alan Goldsmith | 08/01/2008 – 11/17/2010 |
| 12 | Dr. Lon Katz | 08/01/2008 – 11/17/2010 |
| 13 | Dr. Michael Roberts | 07/01/2007 – 07/30/2010 |
| 14 | Dr. Dinesh Shah | 08/01/2009 – 11/17/2010 |
| 15 | Dr. Dwight Smith | 10/05/2009 – 11/17/2010 |
| 16 | Dr. Sungnan Park-Davis | 02/15/2008 – 11/17/2010 |
| 17 | Dr. Suzan Syed | 02/15/2008 – 11/17/2010 |
| 18 | Dr. Mahir Elder | 04/03/2009 – 11/17/2010 |
| 19 | Dr. Delair Gardi | 04/03/2009 – 11/17/2010 |
| 20 | Dr. Herbert Smitherman | 04/01/2006 – 11/17/2010 |
| 21 | See attachment 3(A) | Certain lease issues |
| 22 | Dr. Murtaza Hussain | 01/02/2009 – 11/17/2010 |
| 23 | Dr. John Barnwell | 01/01/2009 – 12/31/2009 |
| 24 | See attachment 3(B) | Payments to physicians |

**ATTACHMENT 3**

# LEASE ISSUES

| Number | Physician & Address | Period |
|--------|---------------------|--------|
| 1 | Amitabh Pahria, MD<br>4420 E. Davison<br>Detroit, MI | 09/01/2008 - 11/17/2010 |
| 2 | Elliott Greenspan, DO<br>Wixon Health Care Center<br>Wixom, MI | 07/05/2010 - 11/17/2010 |
| 3 | Kenneth Lim, DO<br>Milford Medical Office Building<br>Milford, MI | 06/15/2010 - 11/17/2010 |
| 4 | Mehmet Bayram, MD<br>James Towne Offices<br>Livonia, MI | 09/01/2008 - 11/17/2010 |
| 5 | Nazmul Haque, MD<br>6455 Gratiot<br>Detroit, MI | 10/01/2007 - 11/17/2010 |
| 6 | Nazmul Haque, MD<br>8282 Woodward<br>Detroit, MI | 10/01/2007 - 11/17/2010 |
| 7 | Lawrence Dell, MD and Sanford Vieder, DO<br>2300 Haggerty<br>Suite 1010<br>West Bloomfield, MI | 08/04/2004 - 11/17/2010 |
| 8 | Nazmul Haque, MD<br>14071 E. Seven Mile<br>Detroit, MI | 10/01/2007 - 11/17/2010 |
| 9 | Alan Goldsmith, MD and Lon Katz, MD<br>2300 Haggerty Road<br>Suite 2070<br>West Bloomfield, MI | 04/18/2008 - 11/17/2010 |
| 10 | Norman Markowitz, MD<br>9640 Commerce Road<br>Commerce Township, MI | 03/01/2008 - 11/17/2010 |
| 11 | Nazmul Haque, MD and Antony Harris, MD<br>19141 Greenfield<br>Detroit, MI | 04/01/2005 - 11/17/2010 |
| 12 | Abbey Akin-Wumi, MD<br>4059 W. Davison<br>Detroit, MI | 10/01/2008 - 11/17/2010 |
| 13 | Dennis Treece, DO<br>19460 Grand River<br>Detroit, MI | 03/01/2004 - 11/17/2010 |
| 14 | Elena Akkerman, MD | 08/01/2006 - 11/17/2010 |
| 15 | Mehmet Bayram, MD<br>8391 Commerce Road<br>Commerce Township, MI | 09/01/2008 - 11/17/2010 |

**ATTACHMENT 3(A)**

# PAYMENTS TO DOCTORS RECEIVING SPEAKER FEES & MISC PAYMENTS

| Number | Physician Entity & Address | Payment Date(s) |
|---|---|---|
| 1 | HAMZAVI, FASAHAT MD<br>2363 BROOKLAWN RD<br>TROY, MI 48084 | 01/27/2009<br>04/16/2009<br>08/25/2009<br>10/20/2009 |
| 2 | KANNIKESWARAN, NIRUPAMA MD<br>23285 POTOMAC CIRCLE<br>FARMINGTON HILLS, MI 48335 | 12/3/2009 |
| 3 | SHWAYDER, TOR MD<br>28349 HARWICH DR<br>FARMINGTON HILLS, MI 48334-3207 | 01/27/2009<br>08/26/2009<br>04/06/2009<br>03/05/2009<br>02/06/2009<br>10/02/2009 |
| 4 | TRESE, MICHAEL MD<br>3675 FRANKLIN<br>BLOOMFIELD HILLS, MI 48302 | 4/15/2009 |
| 5 | PATEL, BINESH MD<br>29900 BRISTOL LANE<br>BINGHAM FARMS, MI 48025 | 04/16/2009<br>07/15/2009<br>12/08/2009 |
| 6 | PHILIP PHILIP A MD<br>37506 GLENGROVE DR<br>FARMINGTON HILLS, MI 48331 | 10/20/2009 |
| 7 | ROWLEY, JAMES A MD<br>4163 OLD DOMINION DR<br>W BLOOMFIELD, MI 48323 | 10/20/2009 |
| 8 | RUBIN, JEFFREY MD<br>1034 WATERFALL CT<br>BIRMINGHAM, MI 48009 | 10/20/2009 |
| 9 | HAMZAVI, FASAHAT MD<br>2363 BROOKLAWN RD<br>TROY, MI 48084 | 09/30/2010<br>06/23/2010 |
| 10 | KARPAWICH, PETER MD<br>842 WESTCHESTER RD<br>GROSSE PTE PARK, MI 48230 | 5/3/2010 |

**ATTACHMENT 3(B)**

| Number | Physician Entity/Address | Payment Date(s) |
|--------|--------------------------|-----------------|
| 11 | SHWAYDER, TOR MD<br>28349 HARWICH DR<br>FARMINGTON HILLS, MI 48334-3207 | 01/25/2010<br>04/09/2010<br>01/23/2010<br>08/25/2010<br>09/30/2010 |
| 12 | ANDRIACCHI, ROSE MD<br>35393 CURTIS RD<br>LIVONIA, MI 48152 | 12/26/2008 |
| 13 | HAROLD, SUSAN E MD<br>26160 HAWTHORNE DR<br>FRANKLIN, MI 48025 | 12/26/2008 |
| 14 | QAZI WASIM A MD<br>30550 FOREST DR<br>FRANKLIN, MI 48025 | 12/29/2008 |
| 15 | TAYLOR, MICHAEL G MD<br>29897 NEWBERRY CT<br>FARMINGTON HILLS, MI 48331 | 12/26/2008 |
| 16 | HUSSAIN MURTAZA MD<br>18254 LIVERNOIS AVE<br>DETROIT, MI 48221 | 12/--/2008 |
| 17 | HENDRIX KMAK & MCNEELEY PC<br>4727 ST ANTOINE #304<br>DETROIT, MI 48201-1461 | 7/20/2009 |
| 18 | HENDRIX KMAK & MCNEELEY PC<br>4727 ST ANTOINE #304<br>DETROIT, MI 48201-1461 | 9/16/2010 |
| 19 | GLENDALE NEUROLOGICAL ASSOCIATES PC<br>28595 ORCHARD LAKE RD #200<br>FARMINGTON HILLS, MI 48334-2979 | 4/13/2009 |

**ATTACHMENT 3(B)**

## **Attachment 4**

**4(A)**    Physician signage

**4(B)**    Bio cards / Marketing materials

**ATTACHMENT
4**

# RECITAL C(5) - PHYSICIAN SIGNAGE

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|----------------------------|----------------------------------|
| 1 | A. Rendziperis<br>8080 Cooley Lake Rd<br>White Lake, MI 48386 | 8/8/2009 |
| 2 | Farmaz Abhari, MD PC<br>4085 Pontiac Trail<br>Orchard Lake, MI  48323 | 3/3/2010 |
| 3 | Nazem Alhusein, MD PC<br>20211 Ann Arbor Trail<br>Dearborn Heights, MI 48127 | 3/26/2010 |
| 4 | Great Lakes Family Medical Center, PC<br>4420 E. Davison<br>Hamtramck, MI 48212 | 4/22/2009 |
| 5 | Arletha Anderson<br>503 W. Grand Boulevard<br>Detroit, MI 48216 | 4/5/2007 |
| 6 | Milford OB/GYN, PC<br>1181 N. Milford Road<br>Milford, MI 48381 | 1/12/2007 |
| 7 | Barbara Ann Center<br>15565 Northland Dr<br>Suite 108E<br>Southfield, MI  48075 | 7/17/2006 |
| 8 | Waad Dakkak, MD,<br>Blessing Medical Center<br>4828 W. Warren<br>Detroit, MI  48210 | 3/7/2009 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 9 | GNB Optical Co.<br>14400 W. McNichols Rd.<br>Detroit, MI 48235 | 10/31/2008 |
| 10 | **Exhibit not used** | |
| 11 | Detroit Medical Group, PC<br>6455 Gratiot<br>Detroit, MI 48207 | 12/30/2009 |
| 12 | DMC Specialists/Urgent Care<br>11166 Highland Rd<br>Hartland,  MI 48356 | 2/18/2010 |
| 13 | PrimeCare - Medical Centers of Michigan,<br>PLLC<br>22605 Van Dyke<br>Warren, MI 48089 | 12/21/2006 |
| 14 | PrimeCare - Medical Centers of Michigan,<br>PLLC<br>1320 Wilkins<br>Detroit, MI  48207 | 3/26/2007 |
| 15 | PrimeCare - Medical Centers of Michigan,<br>PLLC<br>14671 Telegraph<br>Redford, MI 48239 | 5/17/2007 |
| 16 | PrimeCare - Medical Centers of Michigan,<br>PLLC<br>23338 Woodward Avenue<br>Ferndale, MI 48220 | 8/30/2006 |
| 17 | Drs. Austin, Abbott & Randolph<br>19830 James Couzens<br>Detroit, MI 48235 | 1/23/2009 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 18 | Ash Medical, PC,    Drs. Densley, Lewerenz, Pearce & Ahmed 42627 Garfield Rd. Clinton Twp. MI 48038 | 1/22/2009 |
| 19 | **Exhibit not used** | |
| 20 | Leonard Ellison Jr., MD PC 17330 Northland Park Ct Southfield, MI 48075 | 5/1/2006 |
| 21 | Ali Fadel, MD PC 13244 W. Warren Dearborn, MI  48126 | 6/4/2010 |
| 22 | Noel Upfall, DO, PC 1535 E. State Fair Detroit, MI 48203 | 7/20/2009 |
| 23 | Fayefim Levy 24777 Greenfield Rd. Southfield, MI 48075 | 2/7/2006 |
| 24 | Alan Feldman, DO PC 1965 Union Lake Road Commerce Twp., MI 48382 | 9/17/2009 |
| 25 | Pina Finazzo, DO 1676-1680 Fort St. Trenton, MI 48183 | 5/15/2006 |
| 26 | Carl Fowler, MD 9600 Dexter Blvd. Detroit, MI 48206 | 5/14/2009 |

**ATTACHMENT 4(A)**

| Number | Physician/Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 27 | Steven J. Friedman, PC<br>89066 Commerce Rd.<br>Commerce, MI 48382 | 5/3/2010 |
| 28 | Michael Gambel, MD PC<br>12100 Dix-Toledo<br>Southgate, MI 48195 | 9/30/2009 |
| 29 | Pramad Raval MD Medical, PC<br>172347 Goddard Rd.<br>Allen Park, MI 48101 | 2/22/2008 |
| 30 | Orchard Lake Footcare Specialists, LLC<br>Gerald Gold, MD<br>3206 Orchard Lake Road<br>Orchard Lake, MI 48323 | 7/27/2010 |
| 31 | John Trotter II, MD, PC<br>17401 W. 12 Mile Rd.<br>Lathrup Village, MI 48076 | 7/17/2009 |
| 32 | Jiries Haddad, MD<br>9720 Dix<br>Dearborn, MI 48120 | 4/15/2009 |
| 33 | Priority One Urgent Care Centers, PLLC<br>2335 S. Commerce Rd.<br>Walled Lake, MI 48390 | 2/10/2010 |
| 34 | Haque, MD<br>Orchard Lake Rd.<br>Farmington Hills, MI 48336 | 11/20/2007 |
| 35 | Harris and Associates, PC<br>19141 Greenfield Rd.<br>Detroit 48235 | 5/14/2009 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 36 | Allen Park Footcare Specialists, PLLC<br>19250 Ecorse Rd.<br>Allen Park, MI  48101 | 9/10/2009 |
| 37 | Clawson Footcare Specialists<br>14 Mile Rd.<br>Clawson, MI  48017 | 10/13/2009 |
| 38 | Livernois Family Clinic PC<br>18254 Livernois<br>Detroit, MI 48221 | 9/2/2010 |
| 39 | Hendrix, Kmak & McNeeley, PC<br>9015 Jos. Campau<br>Hamtramck, MI 48212 | 5/28/2009 |
| 40 | Occupational & Rehabilitation Medicure, PC<br>10350 W. 9 Mile Rd.<br>Oak Park, MI 48237 | 10/30/2009 |
| 41 | Integrated Health Care Assoc., PC<br>30880 Beck Rd.<br>Novi, MI 48377 | 5/12/2008 |
| 42 | Dr. Bilal Ismail, PC<br>5225 Schaefer Rd.<br>Dearborn, MI 48126 | 3/13/2007 |
| 43 | Junction Clinic PC<br>4771 Michigan Ave.<br>Detroit, MI 48210 | 10/28/2008 |
| 44 | Kamil Orthropedic Group PC<br>6621 W. Maple Rd.<br>W. Bloomfield  48322 | 8/24/2009 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 45 | **Exhibit not used** | |
| 46 | Katbi & Dakkak PC<br>10005 Jos. Campau<br>Hamtramck, MI  48212 | 6/6/2009 |
| 47 | Khansa<br>4953 Schaefer Road<br>Dearborn | 4/12/2006 |
| 48 | Detroit Medical Group, PC,  Khanzode<br>8282 Woodward Ave.<br>Detroit, 48202 | 12/23/2009 |
| 49 | Rekha Kostecke, MD PC<br>1550 Milford Road<br>Milford, MI 48381 | 1/22/2008 |
| 50 | Dr. H. Krishna, PC<br>12123 Conant<br>Hamtramck, MI 48212 | 2/6/2007 |
| 51 | Kristine Duffy, M.D.<br>120 N. Wixom Road<br>Wixom, MI  48393 | 3/13/2007 |
| 52 | Kyle Medical, PC<br>18101 W. McNichols<br>Detroit, MI 48219 | 7/28/2006 |
| 53 | Raghad Lepley<br>147 N. Milford Rd.<br>Milford, MI 48357 | 3/20/2008 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 54 | Lesser, Wexler, Adas, DPM, PC<br>26831 Woodward Ave.<br>Huntington Woods, MI 48070 | 5/7/2007 |
| 55 | Wendy McKay, MD PC<br>5831 Vernor<br>Detroit, MI 48209 | 9/6/2007 |
| 56 | Ehab Morsi, MD PC<br>14600 King Rd., Ste A<br>Riverview, MI 48193 | 9/2/2010 |
| 57 | M A Munir, PC<br>11400 Joseph Compau<br>Hamtramck, MI 48212 | 1/30/2009 |
| 58 | Tory Mustafa, MD<br>18960 W. Warren<br>Dearborn, MI 48126 | 7/21/2009 |
| 59 | Medical Management PC<br>430 Mack Ave.<br>Detroit, MI 48201 | 3/16/2009 |
| 60 | Northway Multi-Specialty<br>15565 Northland Dr<br>Suite 108E<br>Southfield, MI 48075 | 6/4/2010 |
| 61 | Vanguard Family Health Care, PC<br>10801 Mack Ave.<br>Detroit  48214 | 7/21/2009 |
| 62 | Prince Eubanks<br>19129 Grand River.<br>Detroit, MI 48223 | 6/4/2010 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|----------------------------|----------------------------------|
| 63 | Dr. Rahim, PC<br>10066 Dix<br>Dearborn, MI 48120 | 4/24/2007 |
| 64 | Raval Medical PC<br>24661 Coolidge Road<br>Oak Park, MI 48237 | 10/4/2007 |
| 65 | Pramad Raval, MD PC<br>14825 W. McNichols<br>Detroit, MI | 11/2/2007 |
| 66 | Pramad Raval, MD PC<br>22601 Harper Ave.<br>St. Clair Shores, 48080 | 8/24/2009 |
| 67 | Madison Medical PC,<br>Pramad Raval MD<br>9433 Joseph Campau<br>Hamtramck, MI 48212 | 1/13/2010 |
| 68 | Detroit Riverview Pediatrics, PC<br>10201 E. Jefferson<br>Detroit, MI 48214 | 1/30/2009 |
| 69 | Asok Roy, MD<br>17950 Woodward Ave.<br>Detroit, MI 48203 | 9/17/2009 |
| 70 | Saha<br>15119 Woodward Ave.<br>Highland Park, MI 48203 | 3/31/2009 |
| 71 | Schaefer Primary Care<br>Leonard Ellison Jr, MD<br>17187 Schaefer Rd.<br>Detroit, MI 48235 | 5/7/2010 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|---|---|---|
| 72 | Birmingham Medical PC<br>180 E. Brown Street<br>Birmingham, MI  48009 | 6/11/2007 |
| 73 | Specialists in Ortho Hartland Millenium Center<br>11166 Highland Road<br>Hartland, MI  48353 | 6/22/2007 |
| 74 | Stonebooke Family Physicians<br>97 Monroe Street<br>Detroit, MI 48226 | 11/6/2006 |
| 75 | Dr. Toma's Family Clinic, PC<br>1700 Junction<br>Detroit, MI 48209 | 10/18/2006 |
| 76 | John R Trotter II, MD PC<br>4900 Cadieux<br>Detroit, MI  48202 | 9/17/2009 |
| 77 | Raval Medical PC<br>18591 W. 10 Mile Rd.<br>Southfield, MI 48075 | 10/28/2008 |
| 78 | United Family Care, PC<br>12170 Conant, Suite C-2<br>Hamtramck, MI  48212 | 6/4/2010 |
| 79 | Marvin Wells, DO, PC<br>2590 Elizabeth Lake Rd<br>Waterford, MI 48328 | 5/9/2008 |

**ATTACHMENT 4(A)**

| Number | Physician Entity & Address | Approximate Date of Installation |
|--------|---------------------------|----------------------------------|
| 80 | Williams, Williams & Associates<br>15121 W. McNichols<br>Detroit, MI 48235 | 11/2/2007 |
| 81 | Mera J. Yunus, MD<br>12033 Conant Rd.<br>Hamtramck, MI  48212 | 5/28/2009 |
| 82 | Zicherman & Zicherman, DPM, PC<br>20526 Plymouth Rd.<br>Detroit, MI 48228 | 11/9/2007 |
| 83 | Zicherman & Zicherman, DPM, PC<br>18663 Livernois<br>Detroit, MI 48221 | 12/3/2007 |

**ATTACHMENT
4(A)**

# PHYSICIANS RECEIVING BIO CARDS / MARKETING MATERIALS

| Number | Physician Entity & Address | Approximate Production Date |
|--------|----------------------------|------------------------------|
| 1 | Valerie Abbott and Felicia Randolph<br>Abbott Medical Group<br>19830 James Couzens, #B<br>Detroit, MI  48235 | 2008 |
| 2 | William Anderson, II<br>Women's Care Institute<br>27209 Lasher, #226<br>Souuthfield, MI  48034 | 2006 |
| 3 | Herbert Baker<br>20905 Greenfield, S 701<br>Southfield, MI  48075 | 2007 |
| 4 | Dr. Kevia Bland, MD<br>18709 Meyers<br>Detroit, MI  48235 | 2008 |
| 5 | Dr. Robert Boorstein,<br>DBA Advanced Surgical Associates<br>25500 Meadowbrook, S 208<br>Novi, MI  48375 | 2008 |
| 6 | Jira Cournarbatch<br>Superior Family Medicine Clinic<br>20905 Greenfeild S 407<br>Southfield, MI  48075 | July 2010 |
| 7 | Leonard Ellison<br>15565 Northland Dr., S 108E<br>Southfield, MI  48075 | 2009 |
| 8 | Prince Eubanks<br>19129 Grand River<br>Detroit, MI  48223 | 12/9/2009 |
| 9 | Nazmul Haque<br>Bloomfield Medical Center<br>23900 Orchard Lake, # 150<br>Farmington Hills, MI  48336 | 2007 |
| 10 | Daniel Hoard<br>Joint Plus Excel<br>27211 Lahser, #101<br>Southfield, MI  48034 | 2006 |
| 11 | Murtaza Hussain<br>Livernois Family Medical Services<br>18254 Livernois<br>Detroit, MI  48221 | 2008 |

**ATTACHMENT 4(B)**

| Number | Physician Entity & Address | Approximate Production Date |
|--------|---------------------------|---------------------------|
| 12 | Alexa Joshua<br>Northwest Surgical Associates<br>27209 Lahser, #128<br>Southfield, MI  48034 | 2009 |
| 13 | Kerry Kole<br>Northwest Surgical Associates<br>27209 Lahser, #128<br>Southfield, MI  48034 | 2009 |
| 14 | Kevin Kyle<br>15101 W McNichols,<br>Detroit, MI  48235 | 2009 |
| 15 | Conrad Maitland<br>Sherwood Medical Center, PC<br>7441 W. 7 Mile<br>Detroit, MI  48221 | 2006 |
| 16 | Carla E Morton, MD PC<br>21700 Northwestern Hwy, S 660<br>Southfield, MI  48075 | 2007 |
| 17 | Tara Scott and Melanie Jessup<br>Foot & Heel Pain Institute of Michigan<br>22250 Providence Dr, #608<br>Southfield, MI  48075 | 2008 |
| 18 | John W. Sealey, DO, PC<br>6001 W. Outer Drive, S 445<br>Detroit, MI  48235 | 07/24/09      10/20/2009 |
| 19 | Michael Sherman<br>Physicians Eye Care Associates<br>6001 W. Outer Drive, S 321<br>Detroit, MI  48235 | 2009 |
| 20 | Dwight Smith, MD<br>Smith Medical Center<br>7800 W. Outer Dr., S 230<br>Detroit, MI  48235 | 2009 |
| 21 | Jiab Suleiman<br>Premier Orthopedics<br>23500 Park Ave, S 3<br>Dearborn, MI  48124 | 12/18/2009 |
| 22 | Mack Sullivan<br>Cosmetic Horizons, PC<br>15565 Northland, S 108E<br>Southfield, MI  48075 | July 2010 |

**ATTACHMENT**

**4(B)**

| Number | Physician Entity & Address | Approximate Production Date |
|--------|---------------------------|----------------------------|
| 23 | Zakari Tata<br>Laz Medical Group<br>29425 Northwestern Hwy, S 125<br>Southfield, MI  48034 | 2007 |
| 24 | Nsima Usen and Mohammed Khalil<br>Family Foot and Ankle Specialists<br>20905 Greenfield, S 503<br>Southfield, MI 48075 | 2/23/2010 |
| 25 | Larry Weiss and Steven Repitor<br>Dr. Larry Weiss and Associates<br>17421 Greenfield<br>Detroit, MI 48235 | 2007 |
| 26 | Oronde White MD<br>29556 Southfield, #107<br>Southfield, MI 48076 | 2007 |
| 27 | John R Whittaker, MD, PLLC<br>21700 Northwestern Hwy, S 1290<br>Southfield, MI  48075 | 2009 |
| 28 | Anthony Williams, MD<br>Kemit Medical Group<br>23077 Greenfield, S 231<br>Southfield, MI  48075 | 2009 |
| 29 | Leonard Sahn, MD, PC<br>29355 Northwestern Hwy, S 100<br>Southfield, MI  48034 | April 2010 |
| 30 | Bruce Chau<br>Chau Plastic Surgery, P.C.<br>27901 Woodward, Ste 100<br>Berkley, MI  48072 | 2006 and 2009 |
| 31 | Susan Hendrix<br>Hutzel Women's Health Specialists<br>4727 St. Antoine, Ste. 304<br>Detroit, MI  48201 | 9/11/2010 |
| 32 | Opada Alzohaili<br>Dr. Alzohaili Medical Consultants<br>4700 Greenfield Rd<br>Dearborn, MI  48126 | 9/11/2010 |
| 33 | Mahir Elder<br>Heart and Vascular Institute<br>4160 John R, Ste. 510<br>Detroit, MI  48201 | 3/27/2010 |

**ATTACHMENT
4(B)**

| Number | Physician Entity & Address | Approx Initial Production Date |
|--------|---------------------------|-------------------------------|
| 34 | M. Ammar Hatahet Medical PMC<br>4000 Highland Rd, Ste. 110<br>Waterford, MI  48328 | 3/27/2010      09/11/10 |
| 35 | Matthew Weiner<br>University Surgeons Group<br>4160 John R, Ste. 615<br>Detroit, MI  48201 | 9/11/2010 |
| 36 | Delair Gardi<br>Heart and Vascular Institute<br>4160 John R, Ste. 510<br>Detroit, MI  48201 | 9/11/2010 |
| 37 | Alfred Austin<br>SGH OB/GYN<br>19830 James Couzens Hwy, #A<br>Detroit, MI  48235 | 2/25/2009 |
| 38 | John W. Sealey, DO, PC<br>6001 W. Outer Drive, S 445<br>Detroit, MI  48235 | 9/14/2008 |
| 39 | Valerie Johnson<br>Triple T Medical<br>17187 Schaefer Hwy<br>Detroit, MI  48235 | 8/10/2010 |
| 40 | Neelum Gupta<br>Triple T Medical<br>15565 Northland, #108E<br>Southfield, MI  48075 | 6/21/2010 |

**ATTACHMENT 4(B)**