**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 5:15-cv-12333 |
| | Honorable Stephen J. Murphy, III |
| | Magistrate Judge David R. Grand |
| *ex rel.* JAY MEYTHALER, | |
| | **FILED UNDER SEAL** |
| Plaintiff/Relator, | **AND IN CAMERA** |
| v. | |
| DETROIT MEDICAL CENTER, INC., et al. | |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL

The United States of America and Relator Jay Meythaler, by their respective undersigned counsel, respectfully file this Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A), 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of a Settlement Agreement fully executed on or about May 24, 2023, by the United States, Relator, VHS of Michigan, Inc. d/b/a The Detroit Medical Center ("DMC"), Vanguard Health Systems, Inc. ("Vanguard"), and Tenet Healthcare Corporation ("Tenet").

1

The United States and Relator stipulate as follows:

1. The United States and Relator have executed a written Settlement Agreement, in compromise and settlement of the United States and Relator's claims against DMC, Vanguard, and Tenet for the Covered Conduct as defined in the Settlement Agreement. This Stipulation of Dismissal is consistent with and subject to the terms of the Settlement Agreement.

2. Relator agrees that the amount and terms of the settlement are fair, adequate and reasonable under all the circumstances pursuant to 31 U.S.C. § 3730, *et seq.*, and otherwise.

3. The United States and Relator request, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and 31 U.S.C. § 3730(b)(1), that all of the claims asserted by Relator in this action on behalf of the United States against DMC, Vanguard, and Tenet, which are based on the Covered Conduct as defined in Recital F of the Settlement Agreement, be dismissed with prejudice as to both the United States and Relator.

4. Relator requests, pursuant to Fed. R. Civ. P. 41(a)(1)(A), that the remaining claims asserted by Relator on behalf of the United States and against DMC, Vanguard, Tenet, and all other defendants in this matter, in which claims the United States has not intervened, be dismissed with prejudice to Relator and without prejudice to the United States. Pursuant to the False Claims Act, 31

U.S.C. 3730(b)(1), the United States hereby consents to Relator's voluntary dismissal of that portion of the case, provided such dismissal is without prejudice to the United States.

5. All parties shall bear their own fees, costs, and expenses, except as specified in Paragraph 3 of the Settlement Agreement.

6. A proposed order accompanies this Joint Stipulation for Dismissal.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DAWN N. ISON
United States Attorney

s/ Anthony C. Gentner
ANTHONY C. GENTNER (P79535)
Assistant United States Attorney
211 W. Fort Street, Ste 2001
Detroit, MI 48226
(313) 226-9778
anthony.gentner2@usdoj.gov

s/ Kristen M. Murphy
JAMIE ANN YAVELBERG
DAVID B. WISEMAN
KRISTEN M. MURPHY
Attorneys, Commercial Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044
(202) 616-3041
kristen.m.murphy@usodj.gov

                                          P.W. MATTHEWS, PLLC
                                        <u>s/ Philip Matthews (with consent)</u>
                                        Counsel for Relator
                                        22422 Edison Street
                                        Dearborn, MI 48124
                                        (313) 492-0991
                                        Pmlaw17@gmail.com

Dated: May 30, 2023