UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

ex rel. JAY MEYTHALER,

        Plaintiff/Relator,

v.

DETROIT MEDICAL CENTER, et al.,

        Defendants.
_____/

Case No. 5:15-cv-12333

HONORABLE STEPHEN J. MURPHY, III

### ORDER DISMISSING CASE

The United States and Relator Jay Meythaler submitted a joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1). ECF 60. The parties explained that the stipulation was "in accordance with the terms and conditions of a settlement agreement fully executed on or about May 24, 2023, by the United States, Relator, VHS of Michigan, Inc. d/b/a The Detroit Medical Center (DMC), Vanguard Health Systems, Inc. (Vanguard), and Tenet Healthcare Corporation (Tenet)." *Id.* at 350 (alterations omitted); *see* ECF 59. For good cause shown, the Court will dismiss the case as set forth below.

**WHEREFORE**, it is hereby **ORDERED** that all claims asserted by Relator in the present case for the United States and against DMC, Vanguard, and Tenet for the "Covered Conduct" as defined in the settlement agreement are **DISMISSED WITH PREJUDICE**.

1

**IT IS FURTHER ORDERED** that the remaining claims asserted by Relator in the present case against DMC, Vanguard, Tenet, and all other Defendants in this matter are **DISMISSED WITH PREJUDICE** as to Relator.

**IT IS FURTHER ORDERED** that the remaining claims asserted by Relator in the present case against DMC, Vanguard, Tenet, and all other Defendants are **DISMISSED WITHOUT PREJUDICE** as to the United States.

**IT IS FURTHER ORDERED** that, of the documents filed and lodged to date in this action, only the following documents must be **UNSEALED**:

(A) the complaint [1];

(B) the joint stipulation for dismissal [60]; and

(C) this Order.

**IT IS FURTHER ORDERED** that all other contents of the Court's file in the present case filed and lodged to date will **REMAIN UNDER SEAL** and not be made public, including, but not limited to, any application filed by the United States for an extension of the seal and election period and any supporting papers, because such papers were provided by law to the Court alone for the sole purposes of discussing the content and extent of the United States' investigation and evaluating whether the seal and time for making an election to intervene should be extended.

**IT IS FURTHER ORDERED** that the seal is **LIFTED** as to all papers and records filed or lodged in the present case after the date of this Order.

**IT IS FURTHER ORDERED** that all parties must **BEAR** their own fees, costs, and expenses.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 31, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2023, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
